IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GENE MILTON, JR.,<br><br>　　　　　Defendant. | 8:23-CR-246<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 84. Having reviewed the record in this case, the Court finds as follows:

1.　On August 19, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $16,416.00 in United States currency and a Radical Firearms RF15 AR-15 style rifle; a Glock 23 .40-caliber handgun; a Browning .22 caliber semi-automatic handgun, and a FN 5.7 handgun. Filing 66.

2.　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on August 22, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on October 21, 2024. Filing 83.

3.　The United States advises the Court that no party has filed a petition regarding the subject Property.　From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.　The Motion for Final Order of Forfeiture should be granted.

　　　IT IS ORDERED:

1. The Plaintiff's Motion for Final Order of Forfeiture, Filing 84, is granted;

2. All right, title, and interest in and to the $16,416.00 in United States currency; a Radical Firearms RF15 AR-15 style rifle; a Glock 23 .40-caliber handgun; a Browning .22 caliber semi-automatic handgun, and a FN 5.7 handgun seized from the Defendant on or about December 4, 2023, held by any person or entity are forever barred and foreclosed;

3. The $16,416.00 in United States currency; a Radical Firearms RF15 AR-15 style rifle; a Glock 23 .40-caliber handgun; a Browning .22 caliber semi-automatic handgun, and a FN 5.7 handgun are forfeited to the Government.

4. The Government is directed to dispose of that currency in accordance with the law.

Dated this 31st day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge