IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GENE MILTON, JR.,<br><br>　　　　　　　Defendant. | 8:23-CR-246<br><br>ORDER ON REQUEST FOR TRANSCRIPT |

　　　　This matter is before the Court on a Request for Transcripts filed by nonparty Tynea Davis. Filing 92. Ms. Davis requests a transcript of the defendant's plea hearing held on July 25, 2024, and the defendant's sentencing held on October 24, 2024. The request for the plea hearing transcript is granted, provided Ms. Davis pays for copies with the clerk's office. The request for the sentencing transcript is also granted, provided Ms. Davis contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. Otherwise, the request is denied. Accordingly,

　　　　IT IS ORDERED that the Request for Transcript filed by nonparty Tynea Davis, Filing 92, is granted as to the transcripts under the conditions described above, and are otherwise denied. The Clerk shall mail a copy of this Order to Tynea Davis at the address provided in Filing 92.

　　Dated this 19th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1