IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GENE MILTON, JR.,<br><br>Defendant. | **8:23-CR-246**<br><br><br>**ORDER ON DEFICIENCY IN DEFENDANT'S MOTION TO VACATE UNDER 28 U.S.C. § 2255** |

Shortly after petitioner Gene Milton, Jr. filed a *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, Filing 95, the Clerk of Court entered the following text order:

> TEXT NOTICE OF DEFICIENCY by Deputy Clerk that the Motion to Vacate (2255) 95 has been filed and is considered deficient because the document is not signed. The defendant shall correct the deficiency within 14 days of the date of this entry or the pleading may be stricken from the record of this case. See NECrimR 49.2(c) as to defendant Gene Milton, Jr.

Filing 96 (Text Order). The petitioner did not cure the deficiency in the time set by the Clerk of Court, and based upon the deficiency, the petitioner's § 2255 motion is insufficient. However, on the Court's own motion and consistent with the Court's practices, the Court will give the petitioner 30 days in which to correct the deficiency. Failure to cure the identified deficiency will result in dismissal of this matter without further notice. Accordingly,

IT IS ORDERED that:

1

1.  Petitioner Gene Milton, Jr. shall cure the deficiency in his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, Filing 95, on or before June 4, 2026. Failure to do so will result in dismissal of this matter without further notice; and

2. The Clerk of Court shall mail a copy of the petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, Filing 95, to the petitioner at his last known address so that he may cure the deficiency and return it to the Court.

Dated this 5th day of May, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge